UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CR-20024-WILLIAMS

UNITED STATES OF AMERICA,

v.

ELLIOT COLON-CORTEZ,

    Defendant.
_____/

## FACTUAL PROFFER

The United States of America, Elliot Colon-Cortez ("defendant"), and his undersigned counsel agree that, had this case proceeded to trial, the United States would have proven the following facts, among others, beyond a reasonable doubt:

On June 21, 2022, correctional officers at the Miami Federal Correctional Institution ("FCI Miami") saw several inmates walking in and out of the defendant's cell. The officers then conducted a search of the defendant's cell. While conducting a cell search of the defendant's cell, correctional officers discovered forty Phillips head reinforced six-inch screws hidden within the defendant's desk drawer and one Minute Rice bag containing cement powder in the common area.

The defendant was escorted to the Special Housing Unit ("SHU"). After processing the defendant for the SHU, officers checked the sink area. The officers returned to the cell and located another hole in the wall above the sink. Officers pulled a sock filled with contraband from this hole.

Twenty-three cellular phones, one SIM card, and fifty cellular phone accessories were found inside of the hole. In one of the confiscated phones were videos of the defendant. In the videos, the defendant made instructional videos describing how to make holes in the wall. In one video, he mentioned that the wall was filled with cellphones and cellphone charges, among other

items.

The facts described above are not intended to be a complete recitation of the facts of this case and are merely intended to form a basis for the undersigned defendant's knowing, willful, and intentional plea of guilty.

Date: 4/26/23 By: _____
MARKENZY LAPOINTE
UNITED STATES ATTORNEY,

JEREMY THOMPSON
ASSISTANT UNITED STATES ATTORNEY

Date: 4/26/23 By: _____
JUAN DE JESUS GONZALEZ
ATTORNEY FOR DEFENDANT

Date: 4/26/23 By: _____
ELLIOT COLON-CORTEZ
DEFENDANT